### BROADWELL *v.* MAXWELL *et al.*

HILL, J. Under the pleadings and the evidence the court did not err, as against the plaintiff in error, in imposing the condition on the grant of the injunction.    *Judgment affirmed. All the Justices concur.*

No. 1100. MAY 14, 1919.

Petition for injunction. Before Judge Morris. Cobb superior court. June 12, 1918.

*George F. Gober* and *H. B. Moss,* for plaintiffs.

*D. W. Blair* and *J. Z. Foster,* for defendants.